Maccarone v New York Convention Ctr. Operating Corp. (2025 NY Slip Op 03015)

Maccarone v New York Convention Ctr. Operating Corp.

2025 NY Slip Op 03015

Decided on May 20, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 20, 2025

Before: Webber, J.P., Friedman, Gesmer, Rosado, Michael, JJ. 

Index No. 159954/20|Appeal No. 4396|Case No. 2024-00145|

[*1]Anthony Maccarone, Plaintiff,
v
New York Convention Center Operating Corporation et al., Defendants.

New York Convention Center Operating Corporation et al., Third-Party Plaintiffs-Appellants,
v
Siemens Industry Inc., et al., Third-Party Defendants-Respondents.

Malapero Prisco & Klauber LLP, New York (George L. Mahoney of counsel), for appellants.
Littleton Joyce Ughetta & Kelly LLP, Purchase (Bruce Ainbinder of counsel), for Siemens Industry Inc., respondent.
Ahmuty, Demers & McManus, Albertson (Nicholas P. Calabria of counsel), for A Tech Electric Enterprises, Inc., respondent.

Appeal from order, Supreme Court, New York County (Shlomo Hagler, J.), entered December 11, 2023, which, insofar as appealed from as limited by the briefs, granted third-party defendant A Tech Electric Enterprises, Inc.'s cross-motion to the extent it sought summary judgment dismissing the contractual indemnification claims asserted against it by remaining third-party plaintiff Turner Construction Company, unanimously dismissed, without costs, as perfected on an incomplete record.
Third-party plaintiff's appeal must be dismissed. The order under appeal, as relevant here, partially granted the cross-motion "as stated on the record" of the oral argument. However, third-party plaintiff did not annex the transcript of the oral argument as part of the record on appeal, and without being able to review the transcript, we cannot consider the appeal (see CPLR 5526; Ho v Star Contrs., Inc., 227 AD3d 525 [1st Dept 2024]; Barsoum v Stellar Mgt. Inc., 215 AD3d 564 [1st Dept 2023]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 20, 2025